ORIGINAL

KAREN P. HEWITT
United States Attorney
ANDREW G. SCHOPLER
Assistant U.S. Attorney
California State Bar No. 236585
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
Email: Andrew.Schopler@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
JAN 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEE VAUGHN WALKER (1),
aka "Lee Dog",
MELVIN ALEXANDER (2),
JOSE GALVAN RICO (3),
aka "Mija",
ELEODORO CASTILLO (4),
aka "Onko",
DAPHNE ROSALINDA JACKSON (5),
aka Daphne R. Rae,
BERNAL ANTHONY MITCHELL (6),
aka "Tony",
ALLEN MATTHEW BAKER Jr. (7),
aka "J.R.", aka Tracy Reyard Diggs,
aka Marcus Johnson,
MICHAEL DWAYNE TRYALS (8),
aka "Texas Mike", aka Michael Tryls,
aka Dave Brooks, aka Leon Howard
Blair, aka Earl David Hollis,
BOBBY SHAWN LOCKHART (9),
aka "Blue",
ALEXANDER WEIR IV (10),
aka "Brick",
ALEXANDER WEIR V (11),
aka "Lil' Brick",
FELIPE MEDINA (12),
MELVIN ANDRE BIBBS (13),
MARK EDWARD RUNNELS (14),
aka "Marky Mark",

Defendants.

Magistrate No. 08MJ0132

**MOTION TO UNSEAL COMPLAINT AND ARREST WARRANTS AND ORDER THEREON**

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney, and moves this Court for an order unsealing the complaint and arrest warrants previously filed in the above-captioned matter on January 16, 2008, for the purpose of producing said documents as discovery to defense counsels in the near future.

DATED: January 16, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney