ORIGINAL

FILED
JAN 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
LEE VAUGHN WALKER (1),
aka "Lee Dog",
MELVIN ALEXANDER (2),
JOSE GALVAN RICO (3),
aka "Mija",
ELEODORO CASTILLO (4),
aka "Onko",
DAPHNE ROSALINDA JACKSON (5),
aka Daphne R. Rae,
BERNAL ANTHONY MITCHELL (6),
aka "Tony",
ALLEN MATTHEW BAKER Jr. (7),
aka "J.R.", aka Tracy Reyard Diggs,
aka Marcus Johnson,
MICHAEL DWAYNE TRYALS (8),
aka "Texas Mike", aka Michael Tryls,
aka Dave Brooks, aka Leon Howard
Blair, aka Earl David Hollis,
BOBBY SHAWN LOCKHART (9),
aka "Blue",
ALEXANDER WEIR IV (10),
aka "Brick",
ALEXANDER WEIR V (11),
aka "Lil' Brick",
FELIPE MEDINA (12),
MELVIN ANDRE BIBBS (13),
MARK EDWARD RUNNELS (14),
aka "Marky Mark",
Defendants.

Magistrate No. 08MJ0132

**ORDER UNSEALING COMPLAINT AND ARREST WARRANTS**

Upon application of the UNITED STATES OF AMERICA, based on the attached motion, and good cause appearing,

//

IT IS HEREBY ORDERED that the complaint and accompanying arrest warrants, previously filed in the above-captioned matter on January 16, 2008, be unsealed.

IT IS SO ORDERED.

DATED: 1-16-08

HONORABLE NITA L. STORMES
United States Magistrate Judge