**MARY A. FRANKLIN (SBN 80058)**
Attorney at Law
P.O. Box 152318
San Diego, California 92195
Tel: (619) 464-2048

Attorney for **MELVIN A. BIBBS**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JAMES LORENZ**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br> **v.** <br> **MELVIN A. BIBBS,** <br> **Defendant.** | **Criminal Case No.: 08CR0256-L** <br> **NOTICE OF MOTION AND MOTION TO:** <br> **1) COMPEL DISCOVERY** <br> **2) JOIN CO-DEFENDANT'S MOTIONS** <br> **DATE: March 10, 2008** <br> **TIME: 2:00 p.m.** |

**TO: PLAINTIFF, UNITED STATES OF AMERICA, AND ITS ATTORNEY OF RECORD, KAREN HEWITT, UNITED STATES ATTORNEY AND ASSISTANT UNITED STATES ATTORNEY, ANDREW SCHOPLER**

**PLEASE TAKE NOTICE** that on March 10, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, MELVIN A. BIBBS, by and through his attorney, MARY A. FRANKLIN, will ask this Court to enter an order granting the motions listed below.

/ / / / /

/ / / / /

/ / / / /

**MOTIONS**

MELVIN A. BIBBS, the accused in this case, by and through his attorney, MARY A. FRANKLIN, pursuant to the Fourth, Fifth and Sixth Amendment to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court to grant the following motions:

1) Compel the production of discovery;

2) Leave to file further discovery; and

3) Join his co-defendant's motions.

These motions are based upon the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: February 19, 2008

/S/ MARY A. FRANKLIN
MARY A. FRANKLIN
Attorney for Defendant
MELVIN A. BIBBS