**MARY A. FRANKLIN (SBN 80058)**
Attorney at Law
P.O. Box 152318
San Diego, California 92195
Tel: (619) 464-2048

Attorney for **MELVIN BIBBS**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MELVIN BIBBS,**<br><br>**Defendant.** | **Criminal Case No.: 08CR0256-L**<br><br>**EX PARTE APPLICATION FOR ORDER ALLOWING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES** |

This case involves complex investigation by the United States including wiretaps and sophisticated surveillance. The indictment alleges a complex conspiracy. The government has made the discovery available through a commercial copying company named Copy Connection. Although defense counsel must review that discovery to provide competent representation, that discovery will cost hundreds of dollars. Mr. BIBBS is also without adequate funds to cover the costs of this discovery. Mr. BIBBS respectfully asks the Court allow Copy Connection to

submits its own CJA voucher directly to the Court for costs of discovery production in this matter.

**CONCLUSION**

For the foregoing reasons, the ex parte application and declaration of Attorney MARY A. FRANKLIN, and defendant, MELVIN BIBBS, respectfully requests this Court order that Copy Connection be authorized to submit its own CJA voucher directly to the Court for costs of discovery in this matter.

Respectfully submitted,

Dated: April 22, 2008

/S/ MARY A. FRANKLIN
MARY A. FRANKLIN
Attorney for Defendant
MELVIN BIBBS