**MARY A. FRANKLIN (SBN 80058)**
Attorney at Law
P.O. Box 152318
San Diego, California 92195
Tel: (619) 464-2048

Attorney for **MELVIN BIBBS**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MELVIN BIBBS,**<br><br>**Defendant.** | **Criminal Case No.: 08CR0256-L**<br><br>**DECLARATION OF ATTORNEY** |

I, MARY A. FRANKLIN, declare as follows:

1. I am the court-appointed attorney in the above-referenced case.

2. This case involves complex investigation by the government, and as a result, the discovery includes thousands of pages of discovery documents, as well as hundreds of audio tapes, compact disks, and video tapes.

3. I am not in a position to advance the costs of this discovery and am informed that Mr. MELVIN BIBBS is also without adequate funds to cover the costs of this discovery.

4. To provide competent representation, it will be necessary to review all of the discovery.

5. Therefore, counsel respectfully requests the Court allow Copy Connection to submit its own CJA voucher directly to the Court for costs of discovery production on the appropriate CJA form.

Respectfully submitted,

Dated: April 22, 2008

/S/ MARY A. FRANKLIN
MARY A. FRANKLIN
Attorney for Defendant
MELVIN BIBBS