UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MELVIN A. BIBBS,<br>Defendant. | Case No.: 08CR0256-L<br><br>PROOF OF SERVICE |

I am employed in the County of San Diego, State of California. I am over the age of 18 years, and not a party to the within action. My business address is:

P. O. Box 152318
San Diego, CA 92195

On April 24, 2008, I served the foregoing document described below as:

EX PARTE APPLICATION FOR ORDER ALLOWING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES
DECLATION OF MARY A. FRANKLIN

By the following method:

( ) **BY MAIL**

By mailing (by first class mail, post prepaid) copies to parties named below by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.

( ) **BY FACSIMILE AND MAIL**

I declare that I served the above named documents by faxing the documents during usual office hours and thereafter mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.

The fax number I used (sent to) is listed below and the facsimile machine I used reported no error.

( ) **BY PERSONAL SERVICE** I placed a true copy of the above documents in a sealed envelope clearly labeled to identify the attorney for the party being served, and personally delivered by hand leaving a copy with the receptionist or other person in charge at the office of each address named below.

Received in their stead: ______________________________ at:

**(X) CM/ECF filing.**

Electronic filing with the Office of the Clerk, United States District Court, Southern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 24, 2008, at San Diego, California.

/S/ MARY A. FRANKLIN
MARY A. FRANKLIN