**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br> **v.** <br> **MELVIN BIBBS,** <br> **Defendant.** | **Criminal Case No.: 08CR0256-L** <br> **ORDER ALLOWING BILLING SERVICES TO BE PAID TO COPY CONNECTION** |

Upon review of Attorney MARY A. FRANKLIN's Ex Parte Application for Allowing Copy Connection to bill the Court for their Services and the declaration of Attorney MARY A. FRANKLIN, and good cause appearing;

**IT IS HEREBY ORDERED** that COPY CONNECTION is allowed to bill the Court directly for services rendered in regards to defendant, MELVIN BIBBS.

Dated: May 13, 2008

M. James Lorenz

**HON. M. JAMES LORENZ**
**DISTRICT COURT JUDGE**